*Wright & Covington,* for plaintiff in error. *C. H. Dalton,* contra.

27469. LIFE & CASUALTY INSURANCE COMPANY OF TENNESSEE *v.* WOMACK.

STEPHENS, P. J. 1. This case is controlled by the decision in the case next preceding.

2. The judge did not err in overruling the certiorari.

*Judgment affirmed. Sutton and Felton, JJ., concur.*

DECIDED JULY 7, 1939.

*Wright & Covington,* for plaintiff in error.
*C. H. Dalton,* contra.